

# NUMBER 13-24-00340-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SAUL HERNANDEZ AND ZAID CARRIERS, LLC

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, West, and Cron**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on an unopposed motion to dismiss the original proceeding. It appears the parties have resolved the issues and agree to dismiss the original proceeding. *See* TEX. R. APP. P. 42.1(a)(2).

Having considered the unopposed motion to dismiss the original proceeding, is of the opinion that the motion should be granted. *See id*. Therefore, the unopposed motion to dismiss is granted, and the original proceeding is hereby dismissed. In accordance with the agreement by the parties, costs are taxed against the party incurring the same. *See*

*id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the original proceeding is dismissed at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
5th day of February, 2025.

2